**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted June 23, 2005[*]
Decided July 11, 2005

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-2739

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | No. 03 CR 450 |
| BABAJIDE SOBITAN, *Defendant-Appellant.* | John W. Darrah, *Judge.* |

**O R D E R**

Babajide Sobitan was convicted of attempting to reenter the United States without authorization after having been deported, 8 U.S.C. § 1326(a), and was sentenced to 97 months' imprisonment.  He argues under *United States v. Booker*, 125 S. Ct. 738 (2005), that the district court improperly treated the sentencing guidelines as mandatory and impermissibly increased his offense level based on

---

[*]After an examination of the briefs and the record, we have concluded that oral argument is unnecessary.  Thus, the appeal is submitted on the briefs and the record.  *See* Fed. R. App. P. 34(a)(2).

facts found only by a preponderance of the evidence.  Sobitan preserved these arguments by objecting at sentencing, and thus our review is plenary.  *United States v. Schlifer*, 403 F.3d 849, 854 (7th Cir. 2005); *United States v. Hollis*, 230 F.3d 955, 958-59 (7th Cir. 2000); *United States v. Paz*, 405 F.3d 946, 948-49 (11th Cir. 2005).  Thus we must vacate Sobitan's sentence unless the government can establish that the error was harmless, *Schlifer*, 403 F.3d at 854, a burden that the government concedes it cannot meet here.  Accordingly, we VACATE Sobitan's sentence and REMAND for resentencing in light of *Booker*.  *See id.*